KEVIN S. ROSEN (SBN 133304)
KRosen@gibsondunn.com
CRAIG H. MILLET (SBN 106027)
CMillet@gibsondunn.com
JOSHUA A. JESSEN (SBN 222831)
JJessen@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendant Bryan Cave LLP

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ESTATE FINANCIAL MORTGAGE FUND LLC,<br><br>    Debtor. | CASE NO. 2:11-cv-07058-SJO<br><br>[Regarding Chapter 11 Bankruptcy Case No. 9:08-bk-11535-RR and Adversary Proceeding No. 9:11-ap-01146-RR] |
| BRADLEY D. SHARP, Trustee for the estate of Estate Financial Mortgage Fund, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BRYAN CAVE LLP, a professional limited liability partnership, and KATHERINE M. WINDLER, an individual,<br><br>    Defendants. | The Hon. S. James Otero<br><br>**JOINT STATUS REPORT SUBMITTED PURSUANT TO COURT'S ORDER**<br><br>[No Hearing Required] |

Pursuant to the Court's January 29, 2014 Minute Order (Dkt. No. 27) directing the parties to submit a joint status report by May 5, 2014, Defendants Bryan Cave LLP and Katherine M. Windler and Plaintiff Bradley D. Sharp ("Trustee"), the Trustee of the estate of Estate Financial Mortgage Fund LLC (the "EFMF Estate"), by and through their attorneys, hereby submit this joint status report.

The status of this matter is as follows: On February 14, 2014, a Ninth Circuit Panel heard oral argument on the Trustee's appeal of this Court's May 7, 2012 "Order Overruling Plaintiff's Objections to the Bankruptcy Judge's October 11, 2011 Order; Order Accepting Bankruptcy Judge's Order And Dismissing Adversary Proceeding" (Case No. 2:12-cv-02495-SJO, Dkt. No. 11) (the "Order"). On March 24, 2014, the Panel issued an unpublished Memorandum reversing the Order and remanding it to the District Court. On April 7, 2014, Defendants filed a Petition for Panel Rehearing and Suggestion for Rehearing En Banc ("Petition"). On April 11, 2014, the Panel issued an Order directing the Trustee to file a response to the Petition within 21 days. On April 30, the Trustee filed his Response to the Petition. On May 2, Defendants filed a Motion for Permission to File Reply in Support of the Petition, along with the proposed Reply. On May 2, the Trustee filed an Opposition to Defendants' Motion.

Respectfully submitted,

Dated: May 5, 2014

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Kevin S. Rosen*
Kevin S. Rosen
Attorneys for Defendant Bryan Cave LLP

| | | |
|---|---|---|
| Dated: May 5, 2014 | | REED SMITH LLP |
| | By: | */s/ James L. Sanders*<br>James L. Sanders<br>Attorneys for Defendant Katherine M. Windler |
| Dated: May 5, 2014 | | LANDAU GOTTFRIED & BERGER LLP |
| | By: | */s/ John P. Reitman*<br>John P. Reitman<br>Special Litigation Counsel for Appellee Bradley D. Sharp, Trustee of the Liquidating Trust of Estate Financial Mortgage Fund, LLC |

### ATTORNEY ATTESTATION

Pursuant to Central District of California Local Rule 5-4.3.4(a)(2)(i), I, Kevin S. Rosen, hereby attest that the above-listed counsel have read and approved the content of the JOINT STATUS REPORT and consent to its filing in this action.

By: */s/ Kevin S. Rosen*
Kevin S. Rosen